United States District Court
Southern District of Texas
**ENTERED**
July 22, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARAFAT CHOWDHURY, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-773 |
| | § | |
| TODD BLANCHE, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER**

Petitioner Arafat Chowdhury is subject to a final order of removal and is detained by United States immigration enforcement officials at the Port Isabel Service Processing Center in Cameron County, Texas. (Pet., Doc. 1) He requests a temporary restraining order to prohibit Respondents from removing or transferring him during the pendency of the present habeas proceeding, but in his three-sentence motion, fails to allege any legal or factual basis for his requested relief.[1] (Mot., Doc. 8) As a result, it is:

**ORDERED** that Petitioner Arafat Chowdhury's Motion for Temporary Restraining Order (Doc. 8) is **DENIED.**

Signed on July 22, 2026.

Fernando Rodriguez, Jr.
Fernando Rodriguez, Jr.
United States District Judge

[1] The Court lacks jurisdiction to enjoin the execution of Petitioner's final order of removal. *See* 8 U.S.C. § 1252(g).