United States District Court
Southern District of Texas
**ENTERED**
July 22, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **ARAFAT CHOWDHURY**,<br>Petitioner, | §<br>§ | |
| | § | |
| v. | § | Civil Action No. **1:26-cv-773** |
| | § | |
| **LYON BLANCHE**, *et al.*,<br>Respondents. | §<br>§ | |

## ORDER

Before the Court is Petitioner Arafat Chowdhury's "Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241" ("§ 2241 Petition"); Petitioner lists various Respondents (collectively the "Government"). Dkt. No. 1.

The Government is **ORDERED** to file a response to Petitioner's § 2241 Petition [Dkt. No. 1] on or before **July 31, 2026**. If Petitioner wishes to file a reply to the Government's response, he must do so within **7 days** of receiving the Government's response.

**SIGNED** on this **22nd** day of **July, 2026**, at Brownsville, Texas.

**Ignacio Torteya, III**
**United States Magistrate Judge**